"D" Send



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 05-215-RGK |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| LUIS ARMANDO ) | [Fed.R.Crim.P. 32.1(a)(6); |
| AYALA VALDEZ ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central D.Ct. CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

 The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  no verified background or bail info, use of mult. names, DOBs

1
2
3
4      and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9      on: _____
10
11
12
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: ___4/20/09___
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28